CENTURY REALTY COMPANY, Appellant, v. FRANKFORT MARINE, ACCIDENT & PLATE GLASS INSURANCE COMPANY et al., Respondents.

St. Louis Court of Appeals. Argued and Submitted November 5, 1913. Opinion Filed December 2, 1913.

Century Realty Company v. Frankfort Marine, Accident and Plate Glass Insurance Company, *ante*, followed.

Appeal from St. Louis City Circuit Court.—*Hon. Eugene McQuillin*, Judge.

AFFIRMED.

179 App. 10

*Dawson & Garvin* and *Leonard Wilcox* for appellant.

*Seddon & Holland* for respondent Frankfort Marine, Accident & Plate Glass Insurance Company.

*Watts, Gentry & Lee* for respondent Travelers Insurance Co.

REYNOLDS, P. J.—The proposition involved in this case and its determination, rests upon the same facts and principles as those involved in Century Realty Co. v. Frankfort, etc., Insurance Company, *ante*, p. 123. For the reasons stated in that case, the judgment of the circuit court is affirmed. *Nortoni*, and *Allen, JJ.*, concur.